In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-495 CV


____________________



IN RE ALLSTATE TEXAS LLOYD'S COMPANY






Original Proceeding






MEMORANDUM OPINION (1)


 On November 24, 2004, Allstate Texas Lloyd's Company filed its petition for writ
of mandamus. The parties subsequently agreed to the entry of an order in the trial court
granting a severance and abatement of the extra-contractual claims in this insurance case. 
On December 13, 2004, the relator filed a motion to dismiss the petition.

 Accordingly, this original proceeding is dismissed without prejudice and without
reference to the merits.

 WRIT DISMISSED.

 PER CURIAM


Opinion Delivered December 16, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.